NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA PAIGE, | CASE NO. CV11-03474-AHM (JEMx) |
| Plaintiff(s), | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | |
| MERCEDES-BENZ USA, LLC, et al., | |
| Defendant(s). | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 35 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: August 15, 2011

_____
A. Howard Matz
United States District Court Judge

**JS-6**