THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Amanda L. Gray, State Bar No. 244644
Brian K. Cline, State Bar No. 246747
amandagray@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone:  (619) 374-4100
Facsimile:   (619) 231-9040

Attorneys for Plaintiff TANYA PAIGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA PAIGE,<br><br>          Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, and DOE 1 through DOE 10 inclusive,<br><br>          Defendants, | Case No. CV 11-03474 AHM (JEMx)<br><br>[Action Commenced: April 22, 2011]<br><br>ORDER DISMISSING THE ACTION<br><br>Hon. A. Howard Matz |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: October 7, 2011  _____
                                                Honorable A. Howard Matz